ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 2 2 2013

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| KAREN LANCASTER MCCUTCHIN | § | |

**3. - 13CR-110-N**

The United States Attorney's Office charges:

INFORMATION
Obstructing the Execution of a Search Warrant
(18 U.S.C. § 1501)

On or about March 6, 2012, in the Dallas Division of the Northern District of

Texas, the defendant **Karen Lancaster McCutchin,** did knowingly and willfully

obstruct, resist, and oppose the Special Agents of the Federal Bureau of Investigation

when they attempted to execute and executed a Search Warrant, cause number 3:12-MJ-

110-BH, issued by a United States Magistrate Judge on March 6, 2012.

**Information – Page 1**

In violation of 18 U.S.C. § 1501.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214.659.8600
Fax: 214.658.8812
candina.heath@usdoj.gov

**Information -- Page 2**