ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 MAR 22  PM 3: 28

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| KAREN LANCASTER MCCUTCHIN | § | 3. - 13 CR - 110 - N |

## FACTUAL RESUME

The defendant Karen Lancaster McCutchin (McCutchin), her attorneys Knox Fitzpatrick, Robert Smith, and Robert Webster, and the United States of America (the government), agree that the following accurately states the elements of the offense and the facts relevant to the offense to which McCutchin is pleading guilty:

**Elements:**

1.     In order for Karen Lancaster McCutchin to be convicted at trial of a violation of 18 U.S.C. § 1501, the United States would have to prove each of the following elements of the offense beyond a reasonable doubt:

First:          McCutchin knew that FBI Special Agents were attempting to execute a Search Warrant.

Second:     McCutchin knowingly and willfully obstructed, resisted, or opposed the FBI Special Agents while they were attempting to execute and executing the Search Warrant.

**FACTS:**

1.      At around 6:30 a.m. on March 6, 2012, Special Agents (SAs) of the Federal

Bureau of Investigation (FBI) visited **McCutchin's** residence, and notified Brown and

**McCutchin** that they had just executed a Search Warrant at Brown's residence, and

asked Brown if he would voluntarily produce the laptops they were unable to locate at his

residence.  Brown declined and the FBI SAs departed.

2.      Between 6:30 a.m. and 1:55 p.m. on March 6, 2012, **McCutchin** and Brown

believed that it was likely the FBI SAs would return with a Search Warrant for the

computers that Brown had not volunteered.

3.      The following happened on or about March 6, 2012:

        a.      **McCutchin** agreed with Barrett Brown to hide and conceal Brown's two

laptops computers from FBI SAs.

        b.      **McCutchin** placed two laptops belonging to Barrett Brown in the back of a

lower corner cabinet in the kitchen in an attempt conceal and prevent them from being

located and seized by the FBI.

        c.      When the FBI SAs arrived at approximately 1:55 p.m., **McCutchin** and

Brown knew that the FBI SAs had obtained a Search Warrant, cause number 3:12-MJ-

110-BH, from a United States Magistrate Judge seeking data storage devices, to include

the laptop computers.

        d.      **McCutchin** and Brown knew that it was unlawful to have hidden the

laptops.  By hiding the laptops, **McCutchin** acted knowingly and willfully.

e.      **McCutchin** and Brown knew that hiding the laptops would obstruct and impede the agents' search for and attempt to locate the laptops.

f.      By hiding the laptops, **McCutchin** intended to impede, obstruct, or influence the FBI investigation and the Search Warrant issued by the United States Magistrate Judge.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

3-22-2013
Date

CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214.659.8600  Fax: 214.658.8812
candina.heath@usdoj.gov

I have read (or had read to me) this Factual Resume and have carefully reviewed every part of it with my attorneys. My attorneys have defined the legal terms referenced in the document. I fully understand the Factual Resume and voluntarily agree to it. I swear that all of the facts contained herein are true and correct.

3/20/13
KAREN LANCASTER MCCUTCHIN      Date
Defendant

**McCutchin Factual Resume - Page 3**

We are Karen Lancaster McCutchin's counsel.  We have carefully reviewed every part of this Factual Resume with our client.  To our knowledge and belief, our client's decision to enter into this Factual Resume is an informed and voluntary one.


_____          _____
KNOX FITZPATRICK                                           Date   3.21.13
Attorney for McCutchin


_____          _____
ROBERT SMITH                                                Date   21 MARCH 2013
Attorney for McCutchin


_____          _____
ROBERT WEBSTER                                          Date   3/20/13
Attorney for McCutchin