IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. 3:13-CR-00110-BF-1** |
| | ) | |
| Plaintiff, | ) | Dallas, Texas |
| | ) | November 8, 2013 |
| V. | ) | 10:00 a.m. |
| | ) | |
| KAREN LANCASTER MCCUTCHIN, | ) | SENTENCING |
| | ) | |
| Defendant. | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PAUL D. STICKNEY,
UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

For the Government:        Candina S. Heath
                          UNITED STATES ATTORNEY'S OFFICE
                          1100 Commerce Street, Third Floor
                          Dallas, TX  75242
                          (214) 659-8634

For the Defendant:        Robert L. Webster
                          Knox Fitzpatrick
                          Robert R. Smith
                          FITZPATRICK HAGOOD SMITH & UHL
                          2515 McKinney Avenue, Suite 1400
                          Dallas, TX  75201
                          (214) 237-0900

Recorded by:              Lavenia Price
                          UNITED STATES DISTRICT COURT
                          1100 Commerce Street, Room 1452
                          Dallas, TX  75242-1003
                          (214) 753-2168

Transcribed by:           Kathy Rehling
                          311 Paradise Cove
                          Shady Shores, TX  76208
                          (940) 498-2402

Proceedings recorded by digital sound recording;
transcript produced by transcription service.

| | |
|---|---|
| 1 | DALLAS, TEXAS - NOVEMBER 8, 2013 - 9:55 A.M. |
| 2 | THE COURT:  Please be seated. |
| 3 | MS. HEATH:  Mr. Webster stepped out for a moment, Your |
| 4 | Honor. |
| 5 | THE COURT:  Oh, okay. |
| 6 | (Pause.) |
| 7 | THE COURT:  Court is in session in the matter of |
| 8 | United States of America versus Karen Lancaster McCutchin. |
| 9 | This is Case No. 3:13-CR-110.  This is the time and place for |
| 10 | the sentencing in this matter after taking a plea of guilty to |
| 11 | Count 1 of the information alleging a violation of obstruction |
| 12 | in the execution of a search warrant. |
| 13 | I have received a presentence report that I ordered to be |
| 14 | completed and it has been completed.  Has the Government |
| 15 | reviewed this report? |
| 16 | MS. HEATH:  Yes, Your Honor. |
| 17 | THE COURT:  And do you have any objections to it? |
| 18 | MS. HEATH:  No objection, Your Honor. |
| 19 | THE COURT:  Mr. Webster, have you reviewed this report |
| 20 | as well? |
| 21 | MR. WEBSTER:  Your Honor, the Defendant and I have |
| 22 | reviewed it, and we have no objection.  There was one |
| 23 | clarification, and the clarifications we submitted, but it's of |
| 24 | no moment, sir. |
| 25 | THE COURT:  Okay.  What clarifications did you need to |

1   go over in this?

2          MR. WEBSTER:  No.  There was just a 1B1 -- it needed

3   to have a reference in one of the paragraphs to a 1B1.8

4   protection, but we'll waive that protection in light of the

5   content of the paragraph.

6          THE COURT:  Oh, all right.  Okay.  Well, I don't think

7   there's any other relevant conduct to be used there, anyway.

8          MR. WEBSTER:  That's correct, Your Honor.  Thank you.

9          THE COURT:  Okay.  All right.  Thank you.  All right.

10  Now, it's the Court's intention to place Ms. McCutchin on a

11  period of unsupervised probation in this matter.  The Court

12  finds that this particular case does not warrant any jail

13  sentence at all.  But I'm happy to hear from the Government if

14  you wish to make any argument regarding the sentencing in this

15  matter.

16         MS. HEATH:  Your Honor, the only thing the Government

17  would say is, if the Court is going to place Ms. McCutchin on

18  unsupervised probation, we would request that a bond be imposed

19  at the Court's discretion as further punishment for the

20  offense.

21         THE COURT:  All right.  Thank you.  It's my

22  understanding also from the presentence report, which the Court

23  does accept, is that the fine range in this particular matter

24  is $1,000 to $100,000, which seems somewhat inappropriate to me

25  that the fine range would be possibly even that high on a

1  misdemeanor offense.  But that's what the presentence report

2  says.

3      However, if the Court does impose a fine in this matter

4  after hearing from counsel, the Court will look towards the

5  lowest end of the fine range before imposing it, and that would

6  be based upon the presentence report and Ms. McCutchin's

7  financial ability to pay.

8      The Court is happy to hear from Mr. Webster on behalf of

9  Ms. McCutchin prior to sentencing in this matter.

10          MR. WEBSTER:  Yes, Your Honor.  Can we step up?

11          THE COURT:  Please.

12          MR. WEBSTER:  May it please the Court.

13          THE COURT:  Yes, sir.

14          MR. WEBSTER:  Your Honor, it's obvious you have the

15  correct measure of this case.  This was a mother protecting her

16  only chick, a tormented, troubled chick at that rate.  You're

17  familiar with the circumstances of Barrett's convictions, and

18  Ms. McCutchin was doing nothing more than the best she could to

19  protect him at this point.  She realizes that was wrong.  She

20  has not had the opportunity prior to that to be involved with

21  law enforcement.  She wasn't aware of search warrants or FBI

22  interviews, and she was protecting Barrett's work product,

23  which she believed was his ticket to reentering society in a

24  meaningful and beneficial way.  And it was on the laptop, and

25  in a Charlie Chaplinesque fashion, she tried to conceal it next

1    to the George Foreman grill.  It was barking neon lights and it

2    was obviously a poorly thought out idea prompted by the clouded

3    judgment of a mom who was trying to do the best she could.

4        With respect to a fine, Your Honor, we'd ask that --

5    considerations of Ms. McCutchin's financial situation.  Her

6    husband graciously gives her an allowance every month and pays

7    her expenses, but she has no income of her own and that any

8    fine would be a burden on the McCutchin family generally, and

9    Jerry specifically.

10       At this point, we'd also like to introduce her family that

11   have been here.  Stand up, if you would.  Her husband, Jerry,

12   who of course has been supporting her through all this and will

13   continue to support the family during Barrett's -- times, and

14   Kate Fulton, her kid sister, who will always be her kid sister,

15   and Mrs. Betty Lancaster, her mom, now the matriarch of the

16   Lancaster family.  If called to testify, they'll say that this

17   is out of character for Karen.  She is the big sis that always

18   took everybody under her wing, and was doing nothing more than

19   what big sis's and then moms do.

20       Ms. McCutchin would like to address the Court.

21           THE COURT:  All right.  Ms. McCutchin, I'm happy

22   to hear from you.

23           THE DEFENDANT:  Yes, Your Honor.  I just, I made a

24   mistake and I think my better judgment was clouded by my

25   maternal instinct.  So, obviously, my focus was just to

1    protect my son.  But that was a mistake, and I'm sorry.

2            THE COURT:  I appreciate that.  Thank you.  What

3    other matters would the Government like to address at this

4    time before I impose sentence?

5            MS. HEATH:  No other matters at this time, Your

6    Honor.

7            THE COURT:  All right.  Mr. --

8            MR. WEBSTER:  Your Honor, for the record, we paid the

9    $25 mandatory special assessment.

10           THE COURT:  Oh, okay.  All right.

11           MR. WEBSTER:  So there is no housekeeping matters

12   left.

13           THE COURT:  All right.  Thank you.  Is there any

14   reason why I should not pronounce sentence at this time?  Mr.

15   Webster?

16           MR. WEBSTER:  No, Your Honor.

17           THE COURT:  And anything further you'd like to say to

18   the Court, Ms. McCutchin?

19           THE DEFENDANT:  (no audible response)

20           THE COURT:  All right.  Thank you.  The Court does

21   impose a sentence of probation.  The period of time of

22   probation shall be the remaining of one year.  When was

23   McCutchin arrested?

24           MR. WEBSTER:  She voluntarily appeared, Your Honor, on

25   her first instance, on the entry of the guilty plea, which was

1    --

2             THE COURT:  Was that May 3rd?

3             MR. WEBSTER:  It was May 3rd.

4             THE COURT:  May 3rd.  All right.  So, that's six

5    months ago.  So, I'm placing her on six months remaining

6    probation.  In essence, what I am doing is, because you've been

7    on pretrial supervision in this matter, which is probably a

8    little bit more onerous than the conditions that I'm going to

9    impose for probation, I am placing you on a period of probation

10   for an additional six months.  That is unsupervised probation.

11   While on probation, you're not to commit any crime, and you're

12   to report to the Probation Office if you have any instance

13   where you have any contact with law enforcement whatsoever so

14   that they know what's going on in this matter.

15       The Court finds that any service of sentence of

16   imprisonment would be inappropriate in this matter for a number

17   of reasons, one of which is this offense is not likely to ever

18   have a situation where it could occur again.  In other words,

19   this was a one-time offense.  Now that Barrett is out of the

20   house and you have no contact other than visitation with him

21   and so forth, and the FBI has completed its investigation, at

22   least towards your residence, I would guess, that I just can't

23   see that, the situation, you would find yourself in again.  I

24   have no other reason to believe that you would be involved in

25   any other criminal activity.

1       In addition to that, the Court feels strongly that the

2   punishment that you've received for the public ridicule as well

3   as being out and exposed to the public in this particular light

4   has been sufficient punishment to deter you to committing any

5   other acts.

6       In addition, any sentence of imprisonment would not serve

7   to deter anyone, nor would it serve to benefit the Government

8   or the public at large.  It certainly wouldn't do any good for

9   you to be imprisoned in this matter.

10      The Court has considered the full term of up to five years'

11  probation and does find that the one year and giving credit for

12  the time on pretrial release, so an effective sentence of six

13  months of unsupervised probation, is appropriate.

14      The Court does impose a fine.  The Court has considered, in

15  the amount of fine, the basis or the ability for the Defendant

16  to pay the fine, as well as the fact that this offense did

17  cause the Government great expense in its investigation as well

18  as needs to be a deterrence to others.  The Court does impose a

19  fine in the range of $1,000, or in the total amount of $1,000,

20  to be paid over the next six months in installments that the

21  family is able to pay.

22      There is no restitution in this matter.  Restitution is not

23  applicable.

24      The Court finds that this sentence would be in keeping with

25  all the factors listed in 18 U.S.C. Section 3553.  The Court

1   finds that the presentence report is accurate and is part of

2   the record, but it's still under seal.

3       What other matters should I do as far as the Government is

4   concerned in imposing sentence in this matter?

5               MS. HEATH:  No --

6               THE COURT:  Oh, the $25 special assessment will be

7   imposed as well, and that's already been paid.

8               MS. HEATH:  Yes.  It's my understanding that's already

9   been paid, Your Honor.  Nothing else from the Government.

10              THE COURT:  All right.  Any other matters?

11              MR. WEBSTER:  No, Your Honor.  Thank you.

12              THE COURT:  All right.  Good luck to you, Ms.

13  McCutchin.  You know, and I feel for you, as a parent.  It's a

14  difficult situation when you've got a child that is involved in

15  this, and I know you did the best you could.  All right.  Good

16  luck to you.  Thank you.

17              MR. WEBSTER:  Thank you, Your Honor.

18              THE COURT:  We stand adjourned as to that matter.

19      (Proceedings concluded at 10:07 a.m.)

20                        --oOo--

21                       CERTIFICATE

22      I certify that the foregoing is a correct transcript from
    the digital sound recording available of the proceedings in the
23  above-entitled matter.

24   /s/ Kathy Rehling                        06/26/2014
   _____      _____
25 Kathy Rehling, CET**D-444                Date
   Certified Electronic Court Transcriber

1                                    INDEX

2    PROCEEDINGS                                                    2

3    WITNESSES

4    -none-

5    EXHIBITS

6    -none-

7    RULINGS

8    Sentencing                                                     6

9    END OF PROCEEDINGS                                             9

10   INDEX                                                         10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25